IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ADELDA MERCADO POSAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:26-cv-2499 (LMB/IDD) |
| | ) | |
| ROBERT GUADIAN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ORDER

On August 11, 2026, petitioner Adelda Mercado Posas ("petitioner") filed a Petition for

Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 alleging that she has been

unlawfully detained at the ICE's Washington Field Office in Chantilly, Virginia. Although

petitioner is subject to a final order of removal and is currently detained under 8 U.S.C. § 1231,

an Immigration Judge has granted her application for Withholding of Removal, which prohibits

removal to her home country of Honduras. See [Dkt. No. 1] at ¶¶ 1,3. Petitioner argues that her

continued detention violates her due process rights, as articulated by the Supreme Court in

Zadvydas v. Davis, 533 U.S. 678 (2001). Id. at ¶ 4. Petitioner has also filed a Motion for

Temporary Restraining Order ("Motion"), which asks the Court to enter an order preventing

respondents from removing her from the United States to a third country while her Petition is

pending. [Dkt. No. 2]. To enable the Court adequate time to consider the merits of the Petition,

petitioner's Motion, [Dkt. No. 2], is GRANTED; and it is hereby

ORDERED that respondents be and are ENJOINED from removing or transferring

petitioner from this district for any reason without this Court's permission; and it is further

ORDERED that respondents SHOW CAUSE by August 17, 2026 as to why the Petition

should not be granted.  Any reply will be due by August 21, 2026.

The Clerk is directed to forward a copy of this Order to counsel of record and to Dennis

Barghaan, Chief of the Civil Division of the U.S. Attorney's Office for the Eastern District of

Virginia.

Entered this __11__ day of August, 2026.

Alexandria, Virginia

_____ /s/

Leonic M. Brinkema
United States District Judge